## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Rice, Michelle L
       Rice, Carlton  M
       Printed: 12/19/07

Case Number:  07 B 13654
Judge:  Squires, John H
Filed:  7/30/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: November 7, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Deutsche Bank National Trustee | Secured | 0.00 | 0.00 |
| 2. | Deutsche Bank National Trustee | Secured | 10,000.00 | 0.00 |
| 3. | Peoples Energy Corp | Unsecured | 161.44 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 23.89 | 0.00 |
| 5. | West Side Emergency Physicians | Unsecured | 96.80 | 0.00 |
| 6. | West Suburban Medical Center | Unsecured | 228.15 | 0.00 |
| 7. | Account Recovery Service | Unsecured | | No Claim Filed |
| 8. | Allied Interstate | Unsecured | | No Claim Filed |
| 9. | AmSher Collection Services | Unsecured | | No Claim Filed |
| 10. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 12. | Credit Protection Association | Unsecured | | No Claim Filed |
| 13. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 14. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 15. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 16. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 17. | Medical Collections | Unsecured | | No Claim Filed |
| 18. | Debt Credit Service | Unsecured | | No Claim Filed |
| 19. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 20. | MRSI | Unsecured | | No Claim Filed |
| 21. | Account Recovery Service | Unsecured | | No Claim Filed |
| 22. | MRSI | Unsecured | | No Claim Filed |
| 23. | Medical Collections | Unsecured | | No Claim Filed |
| 24. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| 25. | Superior Asset Management | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Rice, Michelle L

Rice, Carlton  M

Printed:  12/19/07

Case Number:  07 B 13654

Judge:  Squires, John H

Filed:  7/30/07

| | | | |
|---|---|---|---|
| 26. | Quorum Federal Credit Union | Unsecured | No Claim Filed |
| 27. | MRSI | Unsecured | No Claim Filed |
| 28. | United Collection Bureau Inc | Unsecured | No Claim Filed |
| 29. | United Collection Bureau Inc | Unsecured | No Claim Filed |

$ 10,510.28          $ 0.00

## TRUSTEE FEE DETAIL

Fee Rate          Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: